**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 98-6430**

LORENZO V. CARRILLO,

                                        Plaintiff - Appellant,

        versus

JAMES A. WILLETT, Assistant Commonwealth's
Attorney; ROBERT W. BOWEN, Police Officer;
RICHARD JENKINS, Police Officer,

                                        Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Henry C. Morgan, Jr., District
Judge.  (CA-98-173-2)

Submitted:  July 2, 1998          Decided:  July 29, 1998

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Lorenzo V. Carrillo, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Lorenzo V. Carrillo, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint under 28 U.S.C.A. § 1915A (West Supp. 1997). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. <u>Carrillo v. Willett</u>, No. CA-98-173-2 (E.D. Va. Feb. 13, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2